**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7166**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

ROBERT GARTRELL BOWLING,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Henry M. Herlong, Jr., Senior
District Judge.   (6:09-cr-00894-HMH-1; 6:13-cv-00451-HMH)

_____

Submitted:  November 19, 2013        Decided:  November 22, 2013

_____

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Gartrell Bowling, Appellant Pro Se.   William Jacob
Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gartrell Bowling seeks to appeal the district court's order denying in part and granting in part his 28 U.S.C.A. § 2255 (West Supp. 2013) motion, as well as its order denying his Fed. R. Civ. P. 59(e) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Bowling seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. See United States v. Hadden, 475 F.3d 652 (4th Cir. 2007). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED